UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

IN RE:
EnviroLogic, LLC,                               BK No. 10-13443-___
      Debtor                              Chapter 7

## STATEMENT OF PARENT COMPANIES AND PUBLIC COMPANIES

In compliance with Administrative Order 1074-1, EnviroLogic, LLC (the "Movant"), hereby lists as follows:

Parent Companies of the Debtor:  <u>None</u>

Publicly held Companies that own 10% or more of the Debtor:  <u>None</u>

                                                    Respectfully submitted,

Date:  August 9, 2010                        /s/ Richard J. Wozmak, Manager
                                                      Richard J. Wozmak, Manager of
                                                      EnviroLogic, LLC